IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERIC NATHAN, *et al.*, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

WHIRLPOOL CORPORATION,

    Defendant.

Case No. 3:19-cv-226

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT WHIRLPOOL CORPORATION'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT (DOC. #16)

---

Given that Plaintiffs have now filed an Amended Class Action Complaint, Doc. #17, the Court OVERRULES AS MOOT Defendant Whirlpool Corporation's Motion to Dismiss Plaintiffs' Class Action Complaint, Doc. #16.

Date: November 12, 2019

                                   */s/ Walter H. Rice*
                                   WALTER H. RICE
                                   UNITED STATES DISTRICT JUDGE