UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ERIC NATHAN, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | Case No. 3:19-cv-00226-WHR <br><br> Judge Walter H. Rice <br><br> Magistrate Judge Michael J. Newman <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISMISS PLAINTIFF WILLIAM JOHNSON AND HIS REMAINING CLAIM WITHOUT PREJUDICE** |

This Motion comes before the Court requesting that the Court dismiss Plaintiff William Johnson and Count 18 in the Amended Complaint [Doc. 17] from this lawsuit under Fed. R. Civ. P. 21 without prejudice.

Defendant Whirlpool Corporation's decision not to oppose the Motion demonstrates that the dismissal will not cause it prejudice. Furthermore, because dismissal is not based on the merits of Plaintiff Johnson's remaining claim, dismissal without prejudice is appropriate. Accordingly, the Court finds this motion well taken and therefore is GRANTED.

Date  11-02-2020

*/s/ Walter H. Rice*   (tp - per Judge Rice authorization after his review)
Hon. Walter H. Rice
United States District Judge

1